FILED: February 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1187
(2:23-cv-00024-RAJ-DEM)

_____

MARTY HIERHOLZER; MJL ENTERPRISES, LLC, a Virginia corporation

    Plaintiffs - Appellants

v.

ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration; SMALL BUSINESS ADMINISTRATION

    Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:23-cv-00024-RAJ-DEM |
| Date notice of appeal filed in originating court: | 02/26/2024 |
| Appellants | Marty Hierholzer and MJL Enterprises, LLC |
| Appellate Case Number | 24-1187 |
| Case Manager | Taylor Barton<br>804-916-2702 |