UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __24-1187__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] CJA associate  [ ] Court-assigned(non-CJA)  [ ] Federal Defender
[ ] Pro Bono  [ ] Government

COUNSEL FOR: Plaintiff Marty Hierholzer and MJL Enterprises, LLC
_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

s/ Glenn E. Roper
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

| Glenn E. Roper | 916-419-7111 |
|---|---|
| Name (printed or typed) | Voice Phone |
| Pacific Legal Foundation | 916-419-7747 |
| Firm Name (if applicable) | Fax Number |
| 1745 Shea Center Drive, Suite 400 | |
| Highlands Ranch, CO 80129 | GERoper@pacificlegal.org |
| Address | E-mail address (print or type) |

---

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on __3/13/2024__ by [ ] personal delivery; [✓] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

Allan Townsend
U. S. DEPARTMENT OF JUSTICE
150 M Street, NE
Washington, DC 20004

s/ Glenn E. Roper                                             March 13, 2024
Signature                                                      Date

1/28/2020 SCC