# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 24-1187 Hierholzer v. Guzman |
| **Originating No. & Caption** | 2:23-cv-00024-RAJ-DEM |
| **Originating Court/Agency** | U.S. District Court, Eastern District of Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 60 days | |
| Date of entry of order or judgment appealed | Feb. 15, 2024 | |
| Date notice of appeal or petition for review filed | Feb. 26, 2024 | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ● Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ● No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ● Yes | ○ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs Marty Hierholzer and MJL Enterprises filed a complaint against the U.S. Small Business Administration (SBA) and its Administrator, Isabel Guzman, in her official capacity. The complaint challenges racial classifications and preferences in the SBA's Business Development Program, known as the 8(a) Program. Those preferences presume that certain business owners are "socially disadvantaged" because of their race; Plaintiffs are not one of the specified races and so cannot benefit from the presumption. Defendants moved to dismiss, arguing that Plaintiffs lacked standing because they did not allege that they lost a contract bid because of the racial preferences and did not allege that they are "economically disadvantaged." The district court granted the motion to dismiss, concluding that Plaintiffs lack standing and that the case is moot because Defendants are not currently enforcing the presumption due to separate pending litigation in Ultima Servs. Corp. v. U.S. Dep't of Agric., 2:20-cv-00041 (E.D. Tenn.) |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Whether Plaintiffs have standing to challenge SBA's racial presumption.

Whether Plaintiffs' case is moot because Defendants paused use of the 8(a) Program's race-conscious presumption.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Isabel Guzman, in her official capacity as Administrator, Small Bus. Admin. | Adverse Party: Small Business Administration |
|---|---|
| Attorney: Virginia Lynn Van Valkenburg<br>Address: Assistant United States Attorney<br>United States Attorney's Office<br>101 West Main Street, Suite 8000<br>Norfolk, Virginia 23510 | Attorney: Virginia Lynn Van Valkenburg<br>Address: Assistant United States Attorney<br>United States Attorney's Office<br>101 West Main Street, Suite 8000<br>Norfolk, Virginia 23510 |
| E-mail: Virginia.VanValkenburg@usdoj.gov | E-mail: Virginia.VanValkenburg@usdoj.gov |
| Phone: (757) 441-3217 | Phone: (757) 441-3217 |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Marty Hierholzer<br><br>Attorney: Glenn E. Roper<br>Address: Pacific Legal Foundation (CO-NA)<br>1745 Shea Center Dr<br>Suite 400<br>Highlands Ranch, CO 80129<br><br>E-mail: GERoper@pacificlegal.org<br><br>Phone: (916) 419-7111 | Name: MJL Enterprises, LLC, a Virginia corporation<br><br>Attorney: Glenn E. Roper<br>Address: Pacific Legal Foundation (CO-NA)<br>1745 Shea Center Dr<br>Suite 400<br>Highlands Ranch, CO 80129<br><br>E-mail: GERoper@pacificlegal.org<br><br>Phone: (916) 419-7111 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney: Joshua P. Thompson<br>Address: Pacific Legal Foundation<br>555 Capitol Mall Suite 1290<br>Sacramento, CA 95814<br><br>E-mail: JThompson@pacificlegal.org<br><br>Phone: 916-419-7111 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: s/ Glenn E. Roper          Date: March 13, 2024

Counsel for: Plaintiffs Marty Hierholzer and MJL Enterprises, LLC

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on 3/13/2024 by ☐ personal delivery; ☑ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Allan Townsend
U. S. DEPARTMENT OF JUSTICE
Civil Rights Division, Criminal Section
150 M Street, NE
Washington, DC 20004

Signature: s/ Glenn E. Roper          Date: March 13, 2024