IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1187

MARTY HIERHOLZER, et al.,

Plaintiffs-Appellants

v.

ISABEL GUZMAN, et al.,

Defendants-Appellees

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

_____

UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE BRIEF FOR APPELLEES

_____

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31(c), appellees the Small Business Administration and its Administrator, Isabel Guzman (collectively, SBA), respectfully move to extend the time to file their response brief by 30 days, from Thursday, May 23, 2024, to Monday, June 24, 2024. Counsel for plaintiffs-appellants Marty Hierholzer and MJL Enterprises, LLC does not oppose this extension request.

1.  This case involves a challenge to the constitutionality of aspects of Section 8(a) under the Small Business Act, 15 U.S.C. 637(a), and its implementing

regulations, 13 C.F.R. Pt. 124, commonly known as the Business Development Program or 8(a) program. SBA moved to dismiss under Federal Rule of Civil Procedure 12(b)(1) and (b)(6). Before the district court held a hearing on that motion, SBA notified the district court that, as a result of the decision in *Ultima Services Corp. v. United States Department of Agriculture*, 683 F.Supp.3d 745 (E.D. Tenn. 2023), the agency is currently not using the race-conscious rebuttable presumption of social disadvantage—which is at issue in this case—in administering the Section 8(a) program. The district court in *Ultima* granted summary judgment to the plaintiff in its challenge to the presumption's constitutionality and enjoined SBA from "using the rebuttable presumption of social disadvantage in administering . . . SBA's 8(a) program." *Id.* at 774. That court has not yet entered a final judgment, and the parties in that case have not yet determined whether to appeal.

2. On February 15, 2024, the district court in this case granted the government's motion to dismiss under Rule 12(b)(1), concluding that plaintiffs-appellants lacked standing and that the case is moot. This appeal followed.

3. Appellants filed their opening brief on April 23, 2024, challenging the district court's conclusions and opposing the government's merits arguments under Rule 12(b)(6) that the district court did not address. Appellees' response brief is

- 3 -

currently due May 23, 2024. With a 30-day extension, the brief would be due June 24, 2024.

    4. Undersigned counsel, Teresa Kwong, is an attorney in the Appellate Section of the Civil Rights Division and the lead counsel for appellees. She has been out of the office due to illness and needs more time to draft the government's brief. She did not handle the case at the district court level, and an extension of time is necessary for counsel to review the record, research the relevant legal issues, and adequately respond to the arguments set forth in appellants' opening brief. An extension is also necessary to allow time for the multiple layers of review required for this appeal. Briefing of this case will entail review by attorneys in several different offices within the Department of Justice as well as the SBA.

    5. Counsel for plaintiffs-appellants do not oppose this request.

    6. This is the first request by the government for an extension of time in this appeal. This motion is made in good faith and not for the purpose of delay. Undersigned counsel will exercise diligence in filing the appellees' brief within the time requested.

- 4 -

For the foregoing reasons, appellees respectfully request that the Court grant their motion for an extension of time until Monday, June 24, 2024, to file their response brief.

Respectfully submitted,

KRISTEN CLARKE
  Assistant Attorney General

 s/ Teresa Kwong
BONNIE I. ROBIN-VERGEER
TERESA KWONG
  Attorneys
  U.S. Department of Justice
  Civil Rights Division
  Appellate Section
  P.O. Box 14403
  Ben Franklin Station
  Washington, D.C. 20044-4403
  (202) 514-4757

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rules of Appellate Procedure 27(d)(2)(A) because it contains 534 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

                                                s/ Teresa Kwong
                                                TERESA KWONG
                                                 Attorney

Date: May 8, 2024