FILED: May 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1187
(2:23-cv-00024-RAJ-DEM)

_____

MARTY HIERHOLZER; MJL ENTERPRISES, LLC, a Virginia corporation

      Plaintiffs - Appellants

v.

ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration; SMALL BUSINESS ADMINISTRATION

      Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

      Response brief due: 06/24/2024

      Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk