No. 24-1187

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

MARTY HIERHOLZER; MJL ENTERPRISES, LLC,
a Virginia corporation,

Plaintiffs – Appellants,

v.

ISABEL GUZMAN, in her official capacity as
Administrator of the Small Business Administration;
SMALL BUSINESS ADMINISTRATION,

Defendants – Appellees.

On Appeal from the United States District Court
for the Eastern District of Virginia, No. 2:23-cv-00024-RAJ-DEM
Honorable Raymond A. Jackson, District Judge

**APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31(c), Appellants Marty Hierholzer and MJL Enterprises, LLC, respectfully move this Court to extend the time to file their reply brief.

1.In accordance with the Court's Briefing Order (Doc. 11), Appellants filed their opening brief on April 23, 2024 (Doc. 14).

2.Appellees requested and received an unopposed 30-day extension for the response brief, from May 23 to June 24. (Docs. 15, 16). Appellees filed the response brief on June 24. (Doc. 17).

3.Appellants' reply brief is currently due July 15, 2024, which is 21 days from the date of the response brief. (*See* Doc. 16).

4.Appellants respectfully request an extension of 14 days, to and including July 29, 2024, to file the reply brief.

5.This is Appellants' first request to extend time to file a reply brief in this case. The motion is made in good faith and not for the purpose of delay. The reasons for this request for a short extension are to accommodate the Independence Day holiday and additional pre-scheduled travel by Appellants' counsel, plus an oral argument in a different federal court case on July 11 that will require significant preparation.

6. Counsel for Appellants have consulted counsel for the Appellees, who do not oppose the requested extension.

DATED: July 2, 2024.

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

s/ Glenn E. Roper
GLENN E. ROPER
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
GERoper@pacificlegal.org

JOSHUA P. THOMPSON
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

*Attorneys for Plaintiff – Appellant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d)(2) and 32(a), I certify that the attached motion is proportionally spaced, has a typeface of 14 points and contains 218 words.

**Signature** s/ Glenn E. Roper          **Date**  July 2, 2024
             GLENN E. ROPER

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Glenn E. Roper
GLENN E. ROPER
