FILED: July 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1187
(2:23-cv-00024-RAJ-DEM)
_____

MARTY HIERHOLZER; MJL ENTERPRISES, LLC, a Virginia corporation

      Plaintiffs - Appellants

v.

ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration; SMALL BUSINESS ADMINISTRATION

      Defendants - Appellees

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 07/29/2024.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk