# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No. 24-1187,   <u>Marty Hierholzer v. Isabel Guzman</u>
              2:23-cv-00024-RAJ-DEM

TO:   Small Business Administration
      MJL Enterprises, LLC
      Isabel Guzman
      Marty Hierholzer

RESPONSE DUE: 08/01/2024

Response is required to the notice requesting information regarding similar cases on or before 08/01/2024. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Taylor Barton, Deputy Clerk
804-916-2702