# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-1187
Date of Oral Argument: 10/29/24
Caption: Marty Hierholzer v. Isabel Guzman
Attorney Arguing: Glenn E. Roper, Pacific Legal Foundation
Arguing on Behalf of (party name): Appellants Marty Hierholzer and MJL Enters. LLC

Select party type:
☒ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case: n/a

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Glenn E. Roper
Phone Number (day of argument): 303-854-8064
Principal Argument Time: 15    Rebuttal Argument Time (if any): 5
(for appellants and appellees)   (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: n/a
Phone Number (day of argument): n/a
Principal Argument Time: 0    Rebuttal Argument Time (if any): 0
(for appellants and appellees)   (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court: n/a
Phone Number (day of argument):
Argument Time:    Select one of the following: ☐ Order allowing argument time  ☐ Court-Appointed Amicus

Signature: s/ Glenn E. Roper    Date: 09/0424

03/08/2022 SCC