FILED: March 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1187
(2:23-cv-00024-RAJ-DEM)

_____

MARTY HIERHOLZER; MJL ENTERPRISES, LLC, a Virginia corporation

    Plaintiffs - Appellants

v.

ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration; SMALL BUSINESS ADMINISTRATION

    Defendants - Appellees

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk